**DENY; and Opinion Filed August 24, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00980-CV

### IN RE PAUL DEWAYNE WILKINS, Relator

**Original Proceeding from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-01-072813-I**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang, and Justice Brown
Opinion by Justice Brown

Before the Court is relator's petition for writ of mandamus in which relator asks this Court to direct the trial court to rule on his nunc pro tunc motion. The trial court denied relator's motion for judgment nunc pro tunc while this original proceeding was pending. We **DENY** the petition for writ of mandamus as moot because the trial court has already taken the action relator asked this Court to order the trial court to take.


/s/ Ada E. Brown
ADA E. BROWN
JUSTICE

160980F.P05